IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | |
|---|---|
| J. HAGGARD, INDIVIDUALLY, AND ON BEHALF OF ALL THOSE SIMILARLY SITUATED,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>REGIONS BANK,<br><br>　　　　Defendant. | §<br>§<br>§<br>§<br>§<br>§　CIVIL ACTION NO. 5:21-CV-00013-RWS<br>§<br>§<br>§<br>§<br>§ |

**ORDER**

Before the Court is the parties' Stipulation of Dismissal. Docket No. 22. The parties stipulate to the following: (1) Plaintiffs' claims have been resolved via a court-approved settlement in *Jill Hodapp v. Regions Bank*, Civil Action No. 4:18-CV-01389-HEA (E.D. Mo.); (2) Plaintiffs' Complaint (Docket No. 1) is withdrawn with prejudice; and (3) all claims presented in the above-captioned cause of action shall be discontinued and dismissed with prejudice without costs or attorney's fees. Having reviewed the parties' stipulation, the stipulation is hereby **ACCEPTED** by the Court. It is accordingly

**ORDERED** that the above-titled cause of action is **DISMISSED WITH PREJUDICE**, and each party shall bear its own costs and fees. It is further

**ORDERED** that any and all currently pending motions are hereby **DENIED-AS-MOOT**.

The Clerk of the Court is directed to close the case.

It is so **ORDERED**.

**SIGNED this 13th day of September, 2022.**

　　　　　　　　　　　　　　　　　　　　　　　　_\[signature\]_
　　　　　　　　　　　　　　　　　　　　　　　　ROBERT W. SCHROEDER III
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE